

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00180-CV

| | | |
|---|---|---|
| Ray L. Foster | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2012-70577-431) |
| | § | July 30, 2015 |
| Sam LeComte | § | Opinion by Justice Dauphinot |
| | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Ray L. Foster shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot